JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LAUREN SLAUGHTER, on behalf of herself and all others similarly situated and for the benefit of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>VIRGIN SCENT, INC. d/b/a ARTNATURALS, INC.,<br><br>Defendant. | Lead Case No. 2:21-cv-02875 VAP (Ex)<br><br>**CLASS ACTION** |
| KAILA SAIKI and RAYMOND SAIKI, etc.,<br><br>Plaintiffs,<br>v.<br><br>VIRGIN SCENT, INC., D/B/A ARTNATURALS, INC.<br><br>Defendant. | **Case No. 2:21-cv-02948 VAP (Ex)**✓<br><br>**CLASS ACTION**<br><br>**ORDER APPROVING STIPULATION CONSOLIDATENG ACTIONS AND SETTING SCHEDULE FOR FILING CONSOLIDATED AMENDED COMPLAINT, RESPONSE AND SCHEDULING CONFERENCE** |

**ORDER CONSOLIDATING ACTIONS**

Upon consideration of the parties' Stipulation to Consolidate Actions and Setting Schedule for Filing Consolidated Amended Complaint, Response and Scheduling Conference, and good cause appearing therfor,

**IT IS HEREBY ORDERED THAT** the following actions: (a) *Slaughter v. Virgin Scent, Inc. d/b/a ArtNaturals, Inc.* Case No. 2:21-cv-02875-VAP-Ex and (b) *Saiki v. Virgin Scent, Inc. d/b/a ArtNaturals, Inc.*, Case No. 2:21-cv-02948 VAP-Es, be consolidated for all purposes. All future pleadings, motions and other documents filed in these actions are to be filed in Case No. 2:21-cv-02875-VAP-Ex. All documents are to note both case numbers unless the document pertains only to one of the two actions, in which case the caption shall include a notation as to which action the filing applies.

**IT IS FURTHER ORDERED** that the schedule in the consolidated actions shall be as follows:

1. The hearing date on Defendants' Motion to Dismiss Complaint in the *Slaughter* action (Docket 17) shall be taken off calendar, Defendants reserving all rights.

2. Defendants' deadline to respond to the First Amended Complaint filed in the *Saiki* action is to be continued without date.

3. Plaintiffs shall file a Consolidated Amended Complaint within 30 days of the Court's Order consolidating the *Slaughter* and *Saiki* actions or August 6, 2021, whichever is earlier.

4. Defendants shall file any response to the Consolidated Amended Complaint by no later than September 27, 2021. If Defendants file a Motion to Dismiss the Consolidated Amended Complaint, that motion shall be set for hearing on November 15, 2021. Any Opposition to that Motion shall be filed by no later than October 22, 2021, and any Reply in support of the Motion shall be filed by no later than November 5, 2021.

5. The Scheduling Conference currently set in the *Slaughter* action and the

*Saiki* action for September 13, 2021 shall be continued to November 15, 2021 at 1:30 p.m.  A Joint Scheduling Conference Report and Discovery Plan applicable to the consolidated actions shall be filed with the Court and submitted to chambers by no later than November 1, 2021, with the parties to meet and confer pursuant to the Court's order by no later than October 25, 2021.

**IT IS SO ORDERED.**

Dated: July 13, 2021

Hon. Virginia A. Phillips
United States District Court Judge